KEN PAXTON
ATTORNEY GENERAL OF TEXAS

WILLIAM F. COLE
Principal Deputy Solicitor General

(512) 936-2725
William.Cole@oag.texas.gov

November 20, 2026

**Via CM/ECF**

Anastasia Dubrovsky, Clerk
U.S. Court of Appeals for the First Circuit

**Re: No. 26-1713, *ActBlue, LLC v. Paxton***

Dear Ms. Dubrovsky:

I write to notify the Court of my withdrawal as counsel for appellant in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Solicitor General William R. Peterson will continue to serve as counsel for appellant.

Respectfully submitted.

/s/William F. Cole

William F. Cole
Principal Deputy Solicitor General

cc: all counsel of record (via CM/ECF)